IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

SUSAN A. STANLEY,

    DEBTOR.

CASE NO. 13-36426-KLP

CHAPTER 7

WELLS FARGO BANK, N.A.,

    Movant.

vs.

SUSAN A. STANLEY
and BRUCE E. ROBINSON, TRUSTEE,

    Respondents.

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion for Relief from Automatic Stay filed by Wells Fargo Bank, N.A. ("Movant"), the Trustee having filed a Report of No Distribution on December 23, 2013, and the Debtor having stated her intention to surrender the property, it is;

**ORDERED**, that the automatic stay of 11 U.S.C. §362(a) is hereby modified as to all parties to permit the Movant and its successors and assigns to enforce the lien of its Deed of Trust as it pertains to the real property located at 2744 Red Lane Road, Powhatan, VA 23139 and more particularly described as follows:

Johnie R. Muncy, Esquire
Counsel for Movant
Samuel I White, P.C.
Bar No. 73248
1804 Staples Mill Road,
Suite 200
Richmond, VA 23230
(804) 290-4290
File No. 3832

> **ALL that certain tract, piece or parcel of land lying in Huguenot District, Powhatan County, Virginia, containing 10.19 acres, more or less, and designated as Parcel 1, according to plat of survey of Woodrow K. Cofer, Inc., C.L.S., dated May 4, 1981, and recorded in Plat Cabinet D, Slide 15, in the Clerk's Office of the Circuit Court of Powhatan County, Virginia, reference to which plat is hereby made for a more particular description of said land. TOGETHER WITH a non-exclusive fifty foot (50') easement in common with others for utilities and for ingress and egress to and from Parcel 1 and State Route No. 628, the center line of which is designated on the above mentioned plat as it crosses the various parcels and which is shown in full from the northwest corner of Parcel 7 to State Route 628. BEING the same real estate conveyed to David L. Stanley and Susan A. Stanley, husband and wife, as tenants by the entirety with the right of survivorship as at common law, by deed from Kenneth F. Jenkins and Rhonda C. Jenkins, husband and wife, dated January 18, 1991, recorded January 25, 1991, in the Clerk's Office, Circuit Court, Powhatan County, Virginia.**

Relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DATED: Jan 9 2014

/s/ Keith L. Phillips
_____
JUDGE

**NOTICE OF JUDGMENT OR ORDER
Entered on Docket**
Jan 10 2014
_____

I ask for this:

By: **/s/JOHNIE R. MUNCY**
Michael T. Freeman, Esquire, Bar No. 65460
Johnie R. Muncy, Esquire, Bar No. 73248
Samuel I. White, P. C.
1804 Staples Mill Road,
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com
Counsel for Wells Fargo Bank, N.A.

Seen and Agreed:


# /s/ GRAHAM THORNTON JENNINGS, JR.

Graham Thornton Jennings, Jr.
Counsel for Debtor
P.O. Box 426
Powhatan, VA 23189


CERTIFICATE

    I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2, with the Court's informal instructions and that it has been endorsed by all necessary parties involved in this proceeding.

<u>By:</u> **/s/JOHNIE R. MUNCY**

The Clerk shall mail a copy of the entered Order to the following:

Bruce E. Robinson
Chapter 7 Trustee
417 East Atlantic Street
P.O. Box 538
South Hill, VA 23970


Graham Thornton Jennings, Jr.
Counsel for Debtor
P.O. Box 426
Powhatan, VA 23189


Susan A. Stanley
Debtor
P. O. Box 548
Powhatan, VA 23139